| | |
|---|---|
| COREY THOMAS | NO. 25-KH-37 |
| VERSUS | FIFTH CIRCUIT |
| STATE OF LOUISIANA | COURT OF APPEAL |
| | STATE OF LOUISIANA |

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Linda Wiseman*
First Deputy, Clerk of Court

February 03, 2025

Linda Wiseman
First Deputy Clerk

**IN RE** COREY THOMAS

---

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT,
PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEPHEN C. GREFER, DIVISION "J", NUMBER 14-6558

---

Panel composed of Judges Susan M. Chehardy,
Stephen J. Windhorst, and John J. Molaison, Jr.

**WRIT DENIED**

The relator, Corey Thomas, filed the instant *pro se* pleading, captioned as a motion to traverse, which appears to seek a review of the trial court's October 23, 2024 denial of the motion to traverse filed in the trial court.  The relator has also attached the trial court's August 19, 2024 denial of his claim that his sentence is illegal.

The relator's application does not contain a notice of intent as required by Uniform Rules, Courts of Appeal, Rule 4-2, and it does not show that a return date was set by the trial court, as required by Uniform Rules, Courts of Appeal, Rule 4-3.  Also, the writ application is untimely under Uniform Rules, Courts of Appeal, Rule 4-3; the defendant filed the application more than 30 days from the October 23, 2024 ruling, as shown by the January 25, 2025 postmark on this filing.

For the preceding reasons, we deny the relator's writ application based on the showing made.

Gretna, Louisiana, this 3rd day of February, 2025.

**JJM**
**SMC**
**SJW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **02/03/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 25-KH-37

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Corey Thomas #436651 (Relator)
Elayn Hunt Correctional Center
6925 Highway 74
St. Gabriel, LA 70776